CLOSED

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL S. HATTER, | : | **Hon. Noel L. Hillman** |
| Petitioner, | : | Civil No. 06-2696 (NLH) |
| v. | : | |
| GEORGE O. ROBINSON, et al., | : | <u>ORDER</u> |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 7th day of November, 2006,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED for lack of jurisdiction; and it is further

ORDERED that a certificate of appealability, <u>see</u> 28 U.S.C. § 2253(c)(2), is DENIED; and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon the parties, and shall close the file.

_____
NOEL L. HILLMAN, U.S.D.J.